Form 3A
(10/05)

# United States Bankruptcy Court

District Of _____Illinois_____

In re __Shamika Powell__,                                    Case No. __08-04809__
         Debtor
                                                     Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $__299.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __74.75__       Check one  ☒ With the filing of the petition, or
                                       ☐ On or before _____

   $ __74.75__       on or before __March 14, 2008__
   $ __74.75__       on or before __March 21, 2008__
   $ __74.75__       on or before __March 28, 2008__

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____          __Shamika Powell__    __2/29/08__
Signature of Attorney           Date                                  Signature of Debtor                 Date
                                                          (In a joint case, both spouses must sign.)

_____
Name of Attorney
                                                          Signature of Joint Debtor (if any)        Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

FEB 2 9 2008

KENNETH S. GARDNER, CLERK
PS REP. - DDS

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
### _____ District Of \_\_\_\_Illinois\_\_\_\_

In re Shamika Powell,
        Debtor

Case No. 08-04809

Chapter 7

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one   ☐ With the filing of the petition, or
                              ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

**KENNETH S. GARDNER**
**Clerk, U.S. Bankruptcy Court**

Date: _____

_____
Kenneth S. Gardner, Clerk of the Court